IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00206-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MATHEW ZUCKERMAN,

       Defendant.

---

## ORDER
---

Defendants have filed a Status Report in Support of July 16, 2012 Hearing (Docket No. 48). In the Report, Defendants request certain documents be faxed to counsel for submission at the July 16 hearing. The documents that the Defendants request to be faxed may be executed in open court at the hearing. The Court will have blank forms available at the hearing.

       SO ORDERED.

       Entered on this 13th day of July, 2012.

                                                     S/Michael E. Hegarty
                                                   Michael E. Hegarty
                                                   United States Magistrate Judge