**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                  September 16, 2014

Courtroom Deputy: Kathleen Finney
Court Reporter:    Tracy Weir
Probation Officer: Justine Kozak

**Criminal Action No.  12-cr-00206-REB-1**

*Parties:*                                                    *Counsel:*

UNITED STATES OF AMERICA,                  Tim Neff

    Plaintiff,

v.

1.  MATHEW M. ZUCKERMAN,                   Paul DeCailly

    Defendant.

**SENTENCING MINUTES**

**2:38 p.m.     Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Also pending before the court relevant to sentencing are the following papers:
- the **Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Mathew M. Zuckerman** [#213] filed August 29, 2014;
- the **Government's Motion for Sentencing Reduction for Defendant Mathew Zuckerman pursuant to U.S.S.G. §5K1.1** [#214] filed August 29, 2014;
- the **Government's Response to Presentence Report and Sentencing Statement**[# 215] filed August 29, 2014;
- the **Defendants Mathew Zuckerman's Objections to the Pre Sentence Report**[# 219] filed September 2, 2014; and
- the **Defendants Mathew Zuckerman's Sentencing Statement in Response to the Governments Statement [DE 215]** [# 224] filed September 9, 2014.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:
   - the **Defendants Mathew Zuckerman's Sentencing Statement in Response to the Governments Statement [DE 215]** [# 224] is **DENIED**;
   - the **Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Mathew M. Zuckerman** [#213] is **GRANTED**; and

- the **Government's Motion for Sentencing Reduction for Defendant Mathew Zuckerman pursuant to U.S.S.G. §5K1.1** [#214] is **GRANTED**;

- That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count Two of the Indictment;

- That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **twenty-four (24) months**;

- That on release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years**; provided furthermore, that within 72 hours of defendant's release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the U.S. probation department within the district to which he is released;

- That while on supervised release, the defendant shall comply with the following conditions of supervised release:

  - all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

  - all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

  - the following explicit or special conditions of supervised release:

    - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm, destructive device, or dangerous weapon as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

    - that the defendant shall perform the other explicit and

        special conditions recommended by the probation officer in the Presentence Report [#220-1], at pages R-2 and R-3, paragraphs 1 through 9;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That as stipulated by the parties in their plea agreement now approved by the court, the defendant shall pay restitution for the benefit of the IRS, in the agreed amount of $693,706, payable to the care of the Clerk of the Court in full immediately; provided furthermore, if not paid immediately then in installments of not less than 10% per month as determined by his probation officer; interest shall be paid at the federal statutory rate;

10. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

10. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585;

11. That an order and judgment of forfeiture shall be entered pursuant to the plea agreement of the parties and the admission of the defendant of the forfeiture allegation of the Indictment and under the authority of Fed. R. Crim. P. 32.2(b)(3) and the statutory provisions of 21 U.S.C. § 853(c);

12. That this court recommends that the Bureau of Prisons designate the defendant to a correctional institution in the State and District of Colorado, preferably at FCI Englewood; and

13. That the defendant shall voluntarily surrender and report, at defendant's expense to the institution designated by the Bureau of Prisons by 12:00 p.m. (**noon) on** a date which will be included in a separate order.

The defendant is advised of the right to appeal the sentence imposed by the court.

**3:35 p.m.    Court in recess.**

Total time in court:  00:57

Hearing concluded.