IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00206-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MATHEW M. ZUCKERMAN

        Defendant.

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

    IT IS ORDERED that Defendant, MATHEW M. ZUCKERMAN, having been sentenced in the above-named case to the custody of the Bureau of Prisons, shall surrender himself by reporting to FCI Englewood (SCP), 9595 W. Quincy Avenue, Littleton, Colorado, on October 21, 2014 by 12:00 p.m. (noon), and shall travel at his own expense.

    DATED at Denver, Colorado, October 6, 2014.

        BY THE COURT:

        *Bob Blackburn*
        Robert E. Blackburn
        United States District Judge