**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00206-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MATHEW ZUCKERMAN, and
2.  SANDRA ZUCKERMAN,

    Defendants.

---

**ORDER GRANTING DEFENDANTS, MATHEW ZUCKERMAN & SANDRA ZUCKERMAN'S UNOPPOSED MOTION TO RETURN PASSPORTS**

---

**Blackburn, J.**

The matter is before me on **Defendants, Mathew Zuckerman & Sandra Zuckerman's Unopposed Motion To Return Passports** [#234][1] filed February 27, 2015. After careful review of the motion and the file, I conclude that the unopposed motion may and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendants, Mathew Zuckerman & Sandra Zuckerman's Unopposed Motion To Return Passports** [#234] filed February 27, 2015, is **GRANTED**; and

2. That the clerk of the court is **AUTHORIZED** and **DIRECTED** to release and mail the passports of Mathew Zuckerman and Sandra Zuckerman to Paul DeCailly, Esq., in care of DeCailly Law Group, PA, 2630 West Bay Drive, Suite 103, Belleair Bluffs, Florida (FL) 33770.

Dated March 3, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#234]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.